UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 12CR2641-JLS |
| Plaintiff, ) | JUDGMENT AND ORDER OF DISMISSAL |
| v. ) | |
| RICARDO PEREZ-GONZALEZ, ) | |
| Defendant. ) | |

Upon unopposed motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in Case No. 12CR2641-JLS against defendant RICARDO PEREZ-GONZALEZ be dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 14, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge